UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| JENNIFER LYNN VENECZ | ) | BANKRUPTCY NO. 09-40891 |
| JOSHUA RAY VENECZ SR. | ) | CHAPTER 7 |
|     DEBTORS. | ) | |

## NOTICE OF DEPOSIT OF SMALL DIVIDEND

Comes now the Trustee, Kimberly A. Wright, and advises that dividends to the below-listed creditors were less than $5.00 each:

| Claim #8 | SAMC-DBA-FPN | $2.27 |
|---|---|---|
| Claim #9 | IU Medical Genetics Sevs, Inc. | $3.19 |

Respectfully submitted,

/s/ Kimberly A. Wright
Kimberly A. Wright, Trustee
P.O. Box 377
Lafayette, IN 47902
Telephone: (765) 742-7259
Facsimile: (765) 742-6868
Email: kimberly.gilbert1@frontier.com

## CERTIFICATE OF SERVICE

I certify that on November 18, 2010, service of a true and complete copy of the foregoing pleading was made upon:

1. U. S. Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana, 46601
2. Joseph E. Morrison, P O Box 262, Roselawn, In 46372
3. SAMC-DBA-FPN, 1201 S. Main, Crown Point, IN 46307
4. IU Medical Genetics Sevs, Inc., Creditor's Service of Indiana, Inc, 10 Coronado Rd. Indianapolis, IN 46234

by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed, or by electronic mail.

/s/ Kimberly A. Wright
Kimberly A. Wright